HIRAM G. HALLINGER, respondent,

v.

WALTER ZIMMERMAN, appellant.

[Filed August 25th, 1903.]

*Mr. John F. Harned,* for the appellant.

*Messrs. Stockwell & Pierce,* for the respondent.

PER CURIAM.

The order appealed from in this case is affirmed, for the reasons set forth in the opinion of Vice-Chancellor Reed, filed in the court of chancery, and reported in *18 Dick. Ch. Rep. 100.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN—13.

*For reversal*—None.